IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00112-BNB

FRANCISCO ROJAS DOMINGUEZ,

    Applicant,

v.

WARDEN DICK SMELSER, et al.,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 13 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. BOYD N. BOLAND

    Applicant's motion for an extension of time to cure a deficiency designated in the January 23, 2006, order to cure, i.e., to file a habeas corpus application, is GRANTED. Applicant shall have **thirty (30) days from the date of this minute order** in which to cure the designated deficiency. Because on February 9, 2006, Applicant paid the $5.00 filing fee in this action, the requirement in the January 23 order to cure that he submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing is WAIVED.

Dated: February 13, 2006

---

Copies of this Minute Order mailed on February 13, 2006, to the following:

Francisco Rojas Dominguez
Prisoner No. 97167
Crowley County Corr. Facility
6564 State Hwy. 96 – Unit 6
Olney Springs, CO 81062-8700

                                        Secretary/Deputy Clerk